UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES v. KEIRON MURRAY                             Crim No. 15-135

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                    ( ) Ad Testificandum

1. KEIRON MURRAY, SBI#NJ652785C, FBI:95153TBO (hereinafter the "Detainee") is now confined at the South Woods State Prison.

2. The Detainee is

> charged in this District by: (x) Indictment   ( ) Information   ( ) Complaint
> with violations of Title 18, United States Code, Section 922(g)(1).

3. The Detainee will

> return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required before the Honorable Jose L. Linares, U.S.D.J. at the Martin Luther King Building and U.S. Courthouse, Courtroom 5D in Newark, New Jersey, on Tuesday, April 7, 2015, at 11:30 a.m., for arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.


DATED: April 2, 2015                    /s/j. jamari buxton
                                        J. JAMARI BUXTON
                                        Assistant U.S. Attorney
                                        Petitioner

**ORDER**

Let the Writ Issue.

DATED: 4/2/2015

_____
Hon. Jose L. Linares

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the SOUTH WOODS STATE PRISON,

WE COMMAND YOU that you have the body of

   KEIRON MURRAY, SBI#NJ652785C, FBI: 95153TBO

now confined at the South Woods State Prison, brought before the Honorable Jose L. Linares U.S. District Judge, at the United States District Court, in Newark, New Jersey, Martin Luther King Building and U.S. Courthouse, Courtroom 5D, on Tuesday, April 7, 2015 at 11:30 a.m., so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

   WITNESS the Honorable Jose L. Linares
   United States District Judge
   Newark, New Jersey

DATED: 4/2/2015

   WILLIAM T. WALSH
   Clerk of the U.S. District Court
   for the District of New Jersey

   Per: _____
   Deputy Clerk