PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Keiron Murray                                    Cr.: 15-00135-001
                                                                   PACTS #: 670611

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/16/2017

Original Offense: 18 U.S.C. § 922(G)(1); Felon in Possession of a Firearm

Original Sentence: 51 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Educational Services, Mental Health Treatment, Other Condition, Support Dependents, Forfeiture

Type of Supervision: Supervised Release                Date Supervision Commenced: 07/18/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to refrain from drug use. <br><br> On January 16, 2018, the offender tested positive for methamphetamine and THC (marijuana). |

U.S. Probation Officer Action:
The offender has a serious mental health condition. He was referred for mental health and substance abuse treatment at COPE. He has been seen by the psychiatrist and we paid for his psychotropic medications. Since being placed on the medication, he has tested negative for illegal drug use. We respectfully request that no action be taken at this time.

The offender has been compliant with treatment. Should there be any additional noncompliance it will be reported to the Court.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 02/14/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/15/18
Date