PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Keiron Murray     Cr.: 15-00135-001
                                    PACTS #: 670611

Name of Sentencing Judicial Officer:  THE HONORABLE JOSE L. LINARES
                                      CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/16/2017

Original Offense:  Felon in Possession of a Firearm

Original Sentence: 51 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing and Treatment, Life Skills Counseling, Mental Health Treatment, Supporting Dependents, Motor Vehicle Compliance

Type of Supervision: Supervised Release     Date Supervision Commenced: 07/18/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender submitted a urine sample that tested positive for marijuana use on February 28, 2019 and April 15, 2019. On August 26, 2019, admitted to smoking marijuana.

U.S. Probation Officer Action:
The offender has been participating in substance abuse and mental health treatment at Trinitas Hospital in Elizabeth, New Jersey. His marijuana use is correlated with his ongoing mental health issues. Murray suffers from severe anxiety. He has tried various psychotropic medications which reportedly did not work for him. His therapist is trying to help him work through his mental health issues to prevent further self-medication. We will continue to monitor the offender's substance use and progress in treatment. If any continued issues of noncompliance arise, we will notify the Court immediately.

Respectfully submitted,

*Leslie M. Vargas/jj*
By: Leslie M. Vargas
Senior U.S. Probation Officer
Date: 09/03/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10 Sept 2019
_____
Date